UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,

v.                                                          Case No. 16-20077

                                                        Hon. Victoria A. Roberts

Rayqwan Jesse Lamb,

       Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 27)**

Defendant Rayqwan Jesse Lamb filed a Motion to Suppress Evidence Due to an Illegal Search. ECF No. 16 and 24. The matter was referred to Magistrate Judge Elizabeth A. Stafford pursuant to 28 U.S.C. §636(b)(1)(B). On July 6, 2016, Magistrate Judge Stafford submitted a report and recommendation (R&R) recommending Lamb's Motion be **DENIED**.

Neither party filed objections within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d).

A United States District Court Judge may refer certain dispositive pretrial motions to a United States Magistrate Judge for submission of proposed findings of fact and a recommendation. 28 U.S.C. § 636(b)(1)(B). This Court may accept, reject, or modify in whole or in part, the proposed findings and recommendations. 28 U.S.C. §636(b)(1)(C). The statute does not require review, by either the district court or the court of appeals, of any issue that is not the subject of an objection. *See*, *Thomas v. Arn*, 474 U.S. 140,

149 (1985).

Magistrate Judge Stafford thoroughly lays out the facts in her R&R. She also applies relevant case law and gives well reasoned explanations for her conclusions.

The Court **ADOPTS** the Magistrate Judge's R&R.

**IT IS ORDERED**

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: August 9, 2016

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 9, 2016.

s/Linda Vertriest
Deputy Clerk